Case 4:22-cv-03556   Document 9   Filed on 05/16/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FENTON LEWIS LOGAN,** | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 4:22-cv-03556 |
| **STATE FARM LLOYDS,** | § § § | |
| *Defendant.* | § | JURY |

### ORDER GRANTING PLAINTIFF'S STIPULATION OF DISMISSAL

On this date, the Plaintiff's Stipulation of Dismissal with Prejudice was presented to this Court for consideration, and the Court having considered the same, is of the opinion that such motion should in all things be GRANTED. Therefore, it is

ORDERED, ADJUDGED, AND DECREED that all claims by Plaintiff against Defendant are hereby Dismissed with Prejudice. All costs shall be assessed against the party incurring the same.

SIGNED on this  16th  day of  May , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO FORM AND ENTRY:**

**THE CORONA LAW FIRM, PLLC**

By: /s/ *Jesse S. Corona*
Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
12807 Haynes Road, Bldg. E
Houston, Texas 77066
Telephone:  281-882-3531
Facsimile:   713-678-0613
Jesse@theCoronaLawfirm.com

**ATTORNEY FOR PLAINTIFF**